REGIS FERNANDEZ, ESQUIRE
7 Federal Square
Newark, New Jersey 07102
Telephone: 973-297-0002
Cell: 201-787-5584

September 13, 2026

Via Electronic Filing
Hon. Esther Salas
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse

Re: Jhoiner Jose Jove Cardozo v. BONDI, et al. No. 2:26-cv-02255-ES
REQUEST TO LIFT STAY AND VOLUNTARY DISMISS HABEAS PETITION

Dear Judge Salas:

I represent the Petitioner with regard to the instant habeas petition. The purpose of this letter is to respectfully request that the Court lift and vacate the restriction on Petitioner's removal. Petitioner wishes to withdraw the instant habeas petition and permit Respondents to effectuate his removal pursuant to the final order of removal.

Accordingly, Petitioner respectfully requests that the Court lift the restriction on his removal, dismiss the instant habeas petition, and close this matter.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Regis Fernandez
Regis Fernandez, Esquire

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: September 14, 2026**